1 | Michael J. McLaughlin (SBN 277814)
Email: michael@msllp.law
2 | **MCLAUGHLIN SANCHEZ LLP**
605 Market Street Suite 300
3 | San Francisco, California 94105
Telephone: (415) 655-9753
4 | Facsimile: (415) 680-1701

5 | Attorneys for Plaintiff
TOWER VALET PARKING INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TOWER VALET PARKING INCORPORATED, | ) Case No.: 3:20-cv-05947-JCS |
|---|---|
| Plaintiff, | ) **STIPULATION FOR ENTRY OF DISMISSAL** |
| vs. | |
| MARC X. PEARL, LUCIE PEARL, | |
| Defendants. | |

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii), Plaintiff Tower Valet Parking Incorporated and Defendants Marc X. Pearl and Lucie Peral hereby stipulate that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

Dated: December ____, 2020         MCLAUGHLIN SANCHEZ LLP
                                   *Michael McLaughlin*
01 / 04 / 2021                     By: _____
                                   Michael J. McLaughlin
                                   Attorneys for Plaintiff

Dated: December ____, 2020         FRIED & WILLIAMS LLP
12/31/2020
                                   DocuSigned by:
                                   By: _____
                                       36C63772E1AA4C5...
                                   Steven C. Williams
                                   Attorneys for Defendants

STIPULATION FOR ENTRY OF DISMISSAL
1

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the case file.

Dated: 1/4/2021

_____
Honorable Joseph C. Spero
~~Federal~~ Magistrate Judge
Chief